# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID SPRADLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-CV-340-JHP |
| THE LEFLORE COUNTY DETENTION CENTER PUBLIC TRUST BOARD and ED DRURY, in his individual capacity, | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Court's Order granting the Defendants' Motions for Summary Judgment (Dkt. 105, Dkt. 107), the Court enters judgment for the Defendants and against the Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 2nd day of May, 2018.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma